**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-8078

JOSHUA BRENT MCCLARY,

              Plaintiff – Appellant,

        v.

FOWLKES, Mrs., Nurse; CLARK, Mrs., Doctor; C. D. DAVIS, Capt.; J. MERRITT, Lt.; W. BEST,

              Defendants – Appellees,

OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA,

              Party-in-Interest – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:07-cv-01080-LO-TCB)

Submitted: June 8, 2009              Decided: July 2, 2009

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joshua Brent McClary, Appellant Pro Se. William Wayne Muse, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; John Otto Easton, Virginia Margaret Sadler, JORDAN, COYNE & SAVITS, LLP, Fairfax, Virginia; Lisa Ehrich, Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Brent McClary appeals the district court's order granting Defendants' summary judgment motions on his 42 U.S.C. § 1983 (2006) claims against them. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. McClary v. Fowlkes, No. 1:07-cv-01080-LO-TCB (E.D. Va. filed Aug. 27, 2008; entered Aug. 28, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED